```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


KFC CORPORATION,                    )
A&W RESTAURANTS, INC., and          )
LONG JOHN SILVER'S, INC.,           )
        Plaintiffs                  )
                                    )
               v.                   )   C.A. NO. 09-cv-30002-MAP
                                    )
SPRINGFIELD FOOD SYSTEM, INC.,      )
L AND L FOOD SERVICE, INC.,         )
JESSE M. LANIER, and                )
BARBARA M. LANIER,                  )
        Defendants                  )
```

ORDER REGARDING
PLAINTIFF'S EMERGENCY MOTION TO LIFT STAY
AND ENTRY OF AGREEMENT FOR JUDGMENT
(Dkt. No. 54)

March 18, 2011

PONSOR, D.J.

For the reasons stated in open court, Plaintiff KFC Corporation's Emergency Motion to Lift Stay and Enter Agreement for Judgment (Dkt. No. 54) is hereby ALLOWED. Pursuant to the parties' Agreement for Judgment, (Dkt. No. 25, Ex. 5, Agreement for J. ¶ 8), the Franchise Agreements are hereby terminated and Defendants' payments on the promissory notes are due forthwith. The clerk will enter judgment for Plaintiff KFC Corporation. This case may now be closed.[1]

---

[1] Plaintiff KFC Corporation's counsel confirmed at the hearing that co-Plaintiffs A&W Restaurants, Inc. and Long John

It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        U. S. District Judge

---

Silver's, Inc. have no current claims.