# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KFC CORPORATION, A&W RESTAURANTS, INC., and LONG JOHN SILVER'S, INC., <br>     Plaintiff(s) <br><br> v. <br><br> SPRINGFIELD FOOD SYSTEMS, INC., L AND L FOOD SERVICE, INC., JESSE M. LANIER, and BARBARA M. LANIER, <br>     Defendant(s) | CIVIL ACTION NO.3:09-cv-30002-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff KFC Corporation, against the defendants Springfield Food.System, Inc., et al., pursuant to the court's order entered this date, ordering judgment for plaintiff.

                                                            **SARAH A. THORNTON**, <br>
                                                            CLERK OF COURT

Dated: March 18, 2011                   By /s/ *Maurice G. Lindsay*

                                                            Maurice G. Lindsay <br>
                                                            Deputy Clerk

(Civil Judgment 2 Multi-Dft (Routine).wpd - 11/98) <br>
      [jgm.]